**UNITED STATES DISTRICRT COURT
FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

M.C., an indivudual, and C.M., an individual,

           Plaintiffs,        Case No. 6:18-cv-1486-Orl-41TBS

vs.

JEFFREY GEIGER, an individual, and
JOHN DOE, an individual,

           Defendants.
_____/

## MOTION FOR ADMISSION PRO HAC VICE AND WRITTEN DESIGNATION AND CONSENT TO ACT

Pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, Plaintiffs M.C. and C.M. ("Plaintiffs"), by and through their undersigned attorneys, move this Court for entry of an Order allowing Aylese Kanze, Esq. and Carrie Goldberg, Esq. to appear in this Court as co-counsel for Plaintiffs in the above-captioned lawsuit. In support of this motion, movants show the Court, as follows:

1. Aylese Kanze, Esq. and Carrie Goldberg, Esq. and their law firm, C.A. Goldberg PLLC, 16 Court Street Suite 2500 Brooklyn, New York 11241, have been retained to represent Plaintiffs in this case.

2. Ms. Kanze and Ms. Goldberg are members in good standing of the New York Bar and otherwise admitted to practice before the United States District Courts for the Eastern District of New York and Southern District of New York.

3. Ms. Kanze and Ms. Goldberg are familiar with, and will be governed by, the Local Rules of the United States District Court, Middle District of Florida, including Rule 2.04. Both are familiar with and will be governed by the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of the members of the Florida Bar.

4. Ms. Kanze and Ms. Goldberg have not abused by appearances in separate cases before this court – or any other court within the State of Florida - to such a degree as to constitute the maintenance of a regular practice of law in Florida.

5. Ms. Kanze and Ms. Goldberg designate Kai Jacobs, Esq. and the law firm of Kai Jacobs PA, 2222 Ponce de Leon Blvd, Suite 300, Coral Gables, Florida 33134, as the lawyer and law firm upon which all notices and papers may be served.

6. By his signature below, Kai Jacobs, Esq. of Kai Jacobs, P.A. hereby consents to such designation, that all notices and papers in this cause may be served upon him and he will be responsible for the progress of the case, including the trial in default of the non-resident attorney.

7. Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, Kai Jacobs certifies that Ms. Kanze and Ms. Goldberg have complied with the fee and email registration requirement of Rule 2.01(d), Local Rules, United States District Court, Middle District of Florida.

**WHEREFORE**, Defendants M.C. and C.M. respectfully request this Court to enter an order admitting Aylese Kanze, Esq. and Carrie Goldberg, Esq. to practice before Court *pro hac vice* and for such additional relief as this Court deems just and appropriate.

**MEMORANDUM OF LAW**

Plaintiffs' motion for admission of their counsel to appear *pro hac vice* should be granted pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida.

**WHEREFORE**, Defendants M.C. and C.M. respectfully request this Court to enter an order admitting Aylese Kanze, Esq. and Carrie Goldberg, Esq. to appear before Court *pro hac vice* and for such additional relief as this Court deems just and appropriate.

Respectfully submitted,

By: /s/ Kai Jacobs
Kai Jacobs, Esq. – Trial Counsel
*Counsel for Plaintiffs*
Florida Bar No. 987336
Kai Jacobs, P.A.
2222 Ponce de Leon Blvd., Suite 300
Coral Gables, Florida 33134
305-768-9846 Telephone
305-384-4661 Facsimile
kj@kaijacobs.com

/s/ Aylese Kanze
Aylese Kanze, Esq.
*Pro hac vice applicant*
C.A. Goldberg, PLLC
16 Court Street, Suite 2500
Brooklyn, New York 11241
646-666-8908 Telephone
718-514-7436 Facsimile
aylese@cagoldberglaw.com

/s/ Carrie Goldberg
Carrie Goldberg, Esq.
*Pro hac vice applicant*
C.A. Goldberg, PLLC
16 Court Street, Suite 2500
Brooklyn, New York 11241
646-666-8908 Telephone
718-514-7436 Facsimile
carrie@cagoldberglaw.com