UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**M. C. and C. M.,**

      **Plaintiffs,**

**v.**                                                                  **Case No:  6:18-cv-1486-Orl-41TBS**

**JEFFREY GEIGER and JOHN DOE,**

      **Defendants.**

## NOTICE

On Monday July 12, 2004, the United States District Court for the Middle District of Florida converted to a mandatory paperless electronic filing system: CM/ECF. Extensive notice of this conversion was provided via the Middle District of Florida's web-page, announcements, and numerous mailings.

All attorneys appearing before this court shall begin using the CM/ECF docket system within fourteen days of their entry of appearance in any action pending before this Court.

Counsel are directed to the website located at www.flmd.uscourts.gov under "CM/ECF" where they can request their password from the Court. Counsel are strongly encouraged to take the tutorials offered on the website before using the system.

**DONE** and **ORDERED** in Orlando, Florida on November 2, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE