UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

M.C., and individual; and
C.M., an individual;

      Plaintiffs,

vs.                          Case No. 6:18-cv-1486-ORL

JEFFREY GEIGER, an individual; and
JOHN DOE, an individual.

      Defendant.

## CONSENT TO PLAINTIFFS' MOTION FOR LEAVE TO SERVE SUBPOENAS

Defendant, JEFFREY GEIGER ("Geiger"), consents to Plaintiffs' Motion for Leave to Serve Non-Party Subpoenas Prior to Rule 26(f) Conference (the "Motion"), and states:

1. On October 24, 2018, Plaintiffs filed a motion to serve subpoenas related to John Doe's identity prior to the Rule26(f) conference in this matter.

2. Geiger has no objection to the Motion and consents to Plaintiffs serving subpoenas related to John Doe's identity prior to the Rule 26(f) conference.

3. No proposed subpoenas have been provided to Geiger, thus, Geiger requests that prior to serving any subpoena, Geiger has an opportunity to inspect the subpoenas pursuant to Rule 45(a)(4).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 21, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

1

**Dated:** November 21, 2018               *Respectfully submitted,*

*/s/ James E. Fakhoury*
**WILLIAM J. CANTRELL**
Florida Bar No. 1013254
Primary email: wcantrell@cantrellpllc.com
Secondary email: admin@cantrellpllc.com
**JAMES E. FAKHOURY**
Florida Bar No. 0118644
Email: JFakhoury@cantrellpllc.com
CANTRELL, PLLC
111 2nd Ave NE, Suite 1100
St. Petersburg, Florida 33701
Telephone: 813.867.0115
Facsimile: 813.867.0116