UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

M. C. and C. M.,

    Plaintiffs,

v.                                  Case No:   6:18-cv-1486-Orl-41TBS

JEFFREY GEIGER and JOHN DOE,

    Defendants.

## ORDER

Plaintiffs have motioned the Court for leave to proceed anonymously in this case (Doc. 8). Defendant Jeffrey Geiger has filed a response to the motion and a motion to dismiss in a single paper (Doc. 29). It is improper to combine a response to a motion, and a separate motion, in a single paper. M.D. FLA. R. 3.01(a). Geiger's response/motion is **STRICKEN** and he has seven days from the rendition of this Order within to comply with the Local Rules.

**DONE** and **ORDERED** in Orlando, Florida on November 30, 2018.

*[signature]*

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties